# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2698

_____

| | | |
|---|---|---|
| Marie Yancey, | * | |
| | * | |
| Plaintiff - Appellee, | * | |
| | * | |
| v. | * | |
| | * | |
| City of St. Louis, a Municipal | * | |
| corporation; Leonard J. Griggs, Jr., | * | |
| Director of Airport Authority for | * | |
| City of St. Louis in his individual | * | |
| and official capacities; Patrick | * | Appeals from the United States |
| Martocci, Personnel Manager, | * | District Court for the |
| St. Louis City Airport Authority, | * | Eastern District of Missouri. |
| in his individual and official capacities, | * | |
| | * | [UNPUBLISHED] |
| Defendants - Appellants, | * | |
| | * | |
| Michael Donatt, Communications | * | |
| Manager for the City of St. Louis | * | |
| Airport Authority in his individual | * | |
| and official capacities, | * | |
| | * | |
| Defendant. | * | |

_____

No. 01-3069
_____

Marie Yancey,                                          *
                                                       *
      Plaintiff - Appellant,           *
                                                       *
  v.                                              *
                                                       *
City of St. Louis, a Municipal                         *
corporation; Leonard J. Griggs, Jr.,                   *
Director of Airport Authority for                      *
City of St. Louis in his individual and                *
official capacities; Patrick Martocci,                 *
Personnel Manager, St. Louis City                      *
Airport Authority, in his individual                   *
and official capacities; Michael Donatt,               *
Communications Manager for the City                    *
of St. Louis Airport Authority in his                  *
individual and official capacities,                    *
                                                       *
      Defendants - Appellees.          *
_____

Submitted:  May 13, 2002
Filed:  October 18, 2002
_____

Before BOWMAN and BYE, Circuit Judges, and NANGLE,[1] District Judge.
_____

[1]The Honorable John F. Nangle, United States District Judge for the Eastern District of Missouri, sitting by designation.

PER CURIAM.

Marie Yancey brought suit against defendants on several legal theories, alleging discrimination arising from her employment with the City of St. Louis. Defendants (with the exception of Michael Donatt, who prevailed at trial) appeal the judgment entered by the District Court[2] on a jury verdict in Yancey's favor. Yancey cross-appeals the denial of her motions for injunctive relief, promotion, front-pay, prejudgment interest, and supplemental attorney fees and costs. We have considered the record in light of the arguments of both parties. Finding no reversible error, and concluding that an opinion in this fact-intensive case would lack significant precedential value, we summarily affirm the District Court in all respects. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.